UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:17-CV-32-BR

| SPRING MEADOW FARM OF JOHNSTON COUNTY, INC., et al., | ) |  |
|---|---|---|
| Plaintiffs, | ) |  |
| v. | ) | ORDER |
| AGRI STRATEGIES, INC. and JEFFREY CARL RAMOLD, | ) |  |
| Defendants. | ) |  |

This matter is before the court on the parties' stipulation and motion to approve the same filed 14 February 2017. (DE ## 19, 20.) Plaintiffs consent to defendant Agri Strategies, Inc.'s motion to transfer venue, (DE # 15), and defendant Ramold agrees his motion to dismiss, (DE # 13), becomes moot upon transfer and withdraws that motion upon entry of an order transferring the case. Accordingly, the stipulation is APPROVED. The motion to transfer venue is ALLOWED. This case is hereby TRANSFERRED to the District of Nebraska. The motion to dismiss is deemed WITHDRAWN.

This 22 February 2017.

_____
W. Earl Britt
Senior U.S. District Judge